# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CAROLYN T. COMEAU, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00206 HG-RT |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | September 28, 2023 |
| | At 8 o'clock and 25 min a.m. LUCY H. CARRILLO, CLERK |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Commissioner's final decision be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ),  pursuant to the "Order for Remand", ECF No. 16, filed September 28, 2023. Further, the Clerk of Court is directed to enter judgment for Plaintiff.

| September 28, 2023 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |